UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-040-REB

FRED NEKOUEE, individually, :
:
        Plaintiff, :
:
vs. :
:
CHAMPION WINDSOR LLC, a Colorado :
limited liability company; :
:
        Defendant. :
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby voluntarily dismisses this action in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as the parties have entered into a definitive Settlement Agreement.

                                                 Respectfully submitted,

                                                 *s/Robert J. Vincze*
                                                 Robert J. Vincze (CO #28399)
                                                 Law Offices of Robert J. Vincze
                                                 PO Box 792
                                                 Andover, Kansas 67002
                                                 Phone: 303-204-8207
                                                 Email: vinczelaw@att.net

                                               *Attorney for Plaintiff Fred Nekouee*